11/17/10
# 1109094?
$ 123.29      KY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
    UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

    APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 123.29 IN CHECK # 15267
                Representing unclaimed funds.

DATED: 11-16-2010

                              ALBERT J. MOGAVERO
                              TRUSTEE

FILED NOV 17 2010 BANKRUPTCY COURT BUFFALO, N.Y.

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 121938 | HEUSER | 0512714 | 16.42 | HAROLD E HEUSER | 33 WAINWRIGHT RD. | | CHEEKTOWAGA | NY | 14215 |
| 121953 | RHOADS | 0517196 | 6.94 | DAVID & LISA RHOADS | 180 FERGUSON DRIVE | | HILTON | NY | 144689504 |
| 121997 | AKIN | 0602557 | 33.24 | TIMOTHY & SUSAN AKIN | 2937 MCKOON AVE. | | NIAGARA FALLS | NY | 14305 |
| 122008 | MURRAY | 0700087 | 5.00 | KEITH G MURRAY | 3660 4TH STREET | | BLASDELL | NY | 14219 |
| 122014 | WOMACK | 0704731 | 5.00 | CAROL E WOMACK | 11394 CREGO ROAD | | AKRON | NY | 14001 |
| 122012 | CLAY | 0704831 | 26.65 | JOYCE O CLAY | 144 EAST DELAVAN AVENUE | | BUFFALO | NY | 14208 |
| 122020 | JARVIS | 0810457 | 5.00 | HEATHER E JARVIS | 100 CHURCH STREET | | LOCKPORT | NY | 14094 |
| 122021 | JOHNSON | 0810748 | 5.00 | ANN J JOHNSON | 194 EAST FAIRMOUNT AVE. | | LAKEWOOD | NY | 14750 |
| 122025 | SANTILLO | 0811500 | 5.02 | MICHAEL J SANTILLO | 803A WALDEN AVE. | | BUFFALO | NY | 14211 |
| 122028 | NIEVES | 0812267 | 5.02 | JENNIFER R NIEVES | 116 ALDRICH PLACE | | BUFFALO | NY | 14220 |
| 122029 | DAVIS | 0814414 | 5.00 | GREGORY R DAVIS | 63 MADISON ST. | | BUFFALO | NY | 14206 |
| 122033 | NGUYEN | 0910745 | 5.00 | HUNG Q NGUYEN | PO BOX 412 | | BUFFALO | NY | 14240 |